UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                               Case No. 08-CR-190

    v.

FELIX ALVAREZ, et. al.,

        Defendants.

---

## ORDER

---

The court has received a recommendation from Magistrate Judge Aaron Goodstein that the defendant, Felix Alvarez's (Alvarez) motion to dismiss the indictment in the above-captioned case be denied. The court agrees with this recommendation.

Therefore, **IT IS HEREBY ORDERED** that Alvarez's motion to dismiss the indictment is **DENIED**.

Dated at Milwaukee, Wisconsin, this 22nd day of July 2009.

                                                                     **SO ORDERED**,

                                                  *s/ Rudolph T. Randa*
                                                  HONORABLE RUDOLPH T. RANDA
                                                  Chief Judge